JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRADNI, et al<br><br>Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC., et al<br><br>Defendant. | Case No. 2:24-cv-02753-AB-JPR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

Having reviewed the Stipulation of Dismissal filed by the Plaintiffs on September 11, 2024, it is hereby ordered that Plaintiffs' causes of action against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., only, are **DISMISSED** with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 16, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE