Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRADNI, et al<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUNTER WARFIELD, INC., et al<br><br>　　　　　Defendants. | ) Case No.: 2:24-cv-02753-CV-JPR<br>)<br>)<br>) **NOTICE OF SETTLEMENT, as to**<br>) **DEFENDANT WATERTON**<br>) **RESIDENTIAL, LLC only**<br>)<br>)<br>)<br>) |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiffs SHARON BRADNI, AREZOU GHOSEIRI and YASAMIN BANAEI and the Defendant WATERTON RESIDENTIAL, LLC has been resolved. Plaintiff will file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within 30 days. Plaintiff request that the Court set a deadline of September 10, 2025 for filing a Stipulation of Dismissal.

Dated: August 11, 2025              Respectfully Submitted,

                                     /s/ Amir J. Goldstein
                                    Amir J. Goldstein
                                    Attorney for Plaintiff